People of State of Illinois ex rel. Norine Bergquist et al., Appellees, v. Walter L. Gregory et al., Appellants.

Gen. No. 44,456.

opinion filed May 18, 1949; rehearing denied June 15, 1949; released for publication June 17, 1949. Benjamin S. Adamowski, Corporation Counsel, for appellants; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Michael F. Ryan, for appellees; Richard F. McPartlin, Jr., of counsel. Opinion by JUSTICE KILEY. Not to be published in full.